UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON OTIS MONROE,<br><br>Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>Defendants. | Case No. 18-CV-02333 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On April 18, 2018, plaintiff, a California civil detainee at Napa State Hospital, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.[1] That same day, the clerk sent plaintiff a notice that he had not paid the filing fee and must either pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") within twenty-eight days or face dismissal of the action without further notice to plaintiff. To date, plaintiff has not paid the filing fee nor filed an IFP application.[2] Accordingly, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: 6/12/2018

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to this court on May 3, 2018.
[2] On May 17, 2018, the notice of reassignment mailed to plaintiff was returned to the court as undeliverable; however the clerk's notice sent on April 18, 2018, was not returned and is presumed to have been delivered to plaintiff.

Case No. 18-CV-02333 LHK (PR)
ORDER OF DISMISSAL